**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 98-6526

―――――――――

JERRY RAYSOR,

Petitioner - Appellant,

versus

LAURIE F. BESSINGER, Warden; ATTORNEY GENERAL
OF THE STATE OF SOUTH CAROLINA,

Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.   David C. Norton, District Judge.
(CA-97-600-5-18JI)

―――――――――

Submitted:  August 27, 1998      Decided:  September 17, 1998

―――――――――

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Jerry Raysor, Appellant Pro Se.  Donald John Zelenka, Chief Deputy
Attorney General, Columbia, South Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Although Appellant's § 2254 petition was not time barred, <u>see</u> <u>Brown v. Angelone</u>, ___ F.3d ___, 1998 WL 389030 (4th Cir. July 14, 1998) (Nos. 96-7173, 96-7208), we conclude that the court properly dismissed it on the merits. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2